10/05/05 07:17 FAX 559 584 3348 KAHN SOARES CONWAY LLP A 003/007
10/03/05 11:41 FAX 559 584 3348 KAHN SOARES CONWAY LLP A 002

FILED

2005 OCT -7 P 12: 09

CLERK, US DIST. COURT
EASTERN DIST OF CALIF
BY

Michael J. Noland #82537
Rissa A. Stuart #166459
KAHN, SOARES & CONWAY, LLP
Attorneys at Law
219 N. Douty Street
Hanford, CA 93230
Telephone: (559) 584-3337
Facsimile: (559) 584-3348

Attorneys for: Defendants/Cross-Claimants, FRANK DANIELE, in his official capacity as DIRECTOR OF PUBLIC WORKS OF THE CITY OF KINGSBURG, CALIFORNIA; BARBARA CARPENTER, in her official capacity as CITY MANAGER OF THE CITY OF KINGSBURG and THE CITY OF KINGSBURG

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ARIAS,<br><br>Plaintiff<br><br>vs.<br><br>FRANK DANIELE, in his official capacity as DIRECTOR OF PUBLIC WORKS OF THE CITY OF KINGSBURG, CALIFORNIA, BARBARA CARPENTER, in her official capacity as CITY MANAGER OF THE CITY OF KINGSBURG, CALIFORNIA, THE CITY OF KINGSBURG, and Does 1-10, Inclusive,<br><br>Defendants. | Case No. CIV F-03-5730 OWW LJO |
| FRANK DANIELE, in his official capacity as DIRECTOR OF PUBLIC WORKS OF THE CITY OF KINGSBURG, CALIFORNIA, BARBARA CARPENTER, in her official capacity as CITY MANAGER OF THE CITY OF KINGSBURG, CALIFORNIA, THE CITY OF KINGSBURG<br><br>Cross-Claimants<br><br>vs.<br><br>LELAND D. STEPHENSON, STEPHENSON & STEPHENSON, a business entity, form unknown, and Roes 1 – 10 inclusive,<br><br>Cross Defendants/Third Party Defendants. | **STIPULATION OF DISMISSAL AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be and is hereby dismissed without prejudice pursuant to FRCP Rule 41(a)(1)(ii) and 41(a)(2), pursuant to order of the court and upon such terms and conditions as set forth herein. Further, the parties hereto condition this dismissal upon full performance of the Release and Settlement Agreements entered into by and between all parties hereto and incorporate herein by this reference the settlement agreement executed by and between Plaintiff, Linda Arias, and Defendants, FRANK DANIELE, in his official capacity as DIRECTOR OF PUBLIC WORKS OF THE CITY OF KINGSBURG, CALIFORNIA, BARBARA CARPENTER, in her official capacity as CITY MANAGER OF THE CITY OF KINGSBURG, CALIFORNIA, THE CITY OF KINGSBURG, (hereinafter "Agreement 1") and the Release and Settlement Agreement executed by and between Cross-Claimants, FRANK DANIELE, in his official capacity as DIRECTOR OF PUBLIC WORKS OF THE CITY OF KINGSBURG, CALIFORNIA, BARBARA CARPENTER, in her official capacity as CITY MANAGER OF THE CITY OF KINGSBURG, CALIFORNIA, THE CITY OF KINGSBURG, and Cross-Defendants/Third Party Defendants, LELAND D. STEPHENSON, and STEPHENSON & STEPHENSON, a business entity, form unknown, ("Agreement 2") (Agreement 1 and Agreement 2 hereinafter collectively referred to herein as the "Agreement") as though the same were fully set forth herein.

FURTHER, THE PARTIES HERETO STIPULATE AND AGREE to confer jurisdiction over enforcement of the Agreement in the United States District Court, Eastern District of California, and further agree that any dismissal of this litigation is subject to this court's retaining full jurisdiction to enforce the Agreement. Further, it is hereby agreed that any party hereto has a

right to bring a motion before the above-captioned court to enforce the Agreement and seek equitable relief and damages as related thereto.

Dated: Oct. 3, 2005

LAW OFFICE OF WILLIAM S. FISKE

By: [signature]
William S. Fiske, Attorneys for Plaintiff, LINDA ARIAS

CROSS DEFENDANTS/THIRD PARTY DEFENDANTS

Dated: ______________

By: ______________
Leland D. Stephenson, In Pro Per individually, and on behalf of Stephenson & Stephenson

Dated: 10-4-05

KAHN, SOARES & CONWAY, LLP

By: [signature]
Rissa A. Stuart, Attorneys for Defendants/Cross-Claimants, FRANK DANIELE, in his official capacity as DIRECTOR OF PUBLIC WORKS OF THE CITY OF KINGSBURG; BARBARA CARPENTER, in her official capacity as CITY MANAGER OF THE CITY OF KINGSBURG; and THE CITY OF KINGSBURG

**ORDER**

For good cause appearing, IT IS SO ORDERED.

Dated: 10-5-05

[signature]
JUDGE OF THE U.S. DISTRICT COURT

F:\WORD\11\11141.10\Pleadings\Stipulationofdismissal0-26-05.doc

Dated: ____________

LAW OFFICE OF WILLIAM S. FISKE

By: ____________
William S. Fiske, Attorneys for Plaintiff, LINDA ARIAS

CROSS DEFENDANTS/THIRD PARTY DEFENDANTS

Dated: October 3, 2005

By: ____________
Leland D. Stephenson, In Pro Per individually, and on behalf of Stephenson & Stephenson

KAHN, SOARES & CONWAY, LLP

Dated: ____________

By: ____________
Rissa A. Stuart, Attorneys for Defendants/Cross-Claimants, FRANK DANIELE, in his official capacity as DIRECTOR OF PUBLIC WORKS OF THE CITY OF KINGSBURG; BARBARA CARPENTER, in her official capacity as CITY MANAGER OF THE CITY OF KINGSBURG; and THE CITY OF KINGSBURG

**ORDER**

For good cause appearing, IT IS SO ORDERED.

Dated: 10-5-05

____________
JUDGE OF THE U.S. DISTRICT COURT

F:\WORD\1111141.10\Pleadings\StipulationofDismissal9-26-05.doc

## PROOF OF SERVICE

That I am a citizen of the United States, over 18 years of age, and not a party to the within action. That my business address is 219 North Douty Street, Hanford, CA 93230. On October 4, 2005, I served the following documents:

Stipulation of Dismissal and Order Thereon

X (**BY FIRST CLASS MAIL**) on the following party(s) in said action, in accordance with Code of Civil Procedure § 1013a, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below or on the attached service list. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepared at Hanford, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

William S. Fiske
Attorney at Law
1060 Fulton Mall, Suite 716
Fresno, CA 93721

Leland D. Stephenson
Stephenson & Stephenson
P.O. Box 1752
Fresno, CA 93717-1752

☐ (**BY EXPRESS SERVICE CARRIER**) for each person whose name and address appears below or on the attached service list, by personally sealing a copy of each of the above documents in an envelope or package designated by the express service carrier (GOLDENSTATE OVERNIGHT) with delivery fees paid or provided for, addressed to the name and address for such person as shown below or on the attached service list. In the ordinary course of business of Kahn, Soares & Conway the envelope or package will be delivered to a courier or driver authorized by the express carrier to receive documents or deposited in a box or other facility regularly maintained by the express service carrier for overnight delivery.

☐ (**BY PERSONALLY DELIVERYING**) a true copy in accordance with Code of Civil Procedure § 1011 to the person(s) and at the address(es) set forth below or on the attached service list.

☐ (**BY FACSIMILE**) by use of a facsimile machine telephone number 1-559-584-3348, I served a copy of the above-described documents on the following interested parties by transmitting by facsimile transmission to the following:

Name: Facsimile number:

The facsimile machine I used complied with California Rules of Court, rule 2003(3) and no error was reported by the machine.

X (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Hanford, California on October 4, 2005.

Lori Mattos
LORI MATTOS